IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 MAR 20 AM 10: 13

DEPUTY CLERK _D.A._

| | | |
|---|---|---|
| TAMMY ESPARZA, | § | |
| Plaintiff, | § | |
| v. | § | 2:12-CV-204 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and AFFIRMING DECISION OF COMMISSIONER

Plaintiff has appealed the decision of the Social Security Administration denying plaintiff's application for disability insurance benefits. The United States Magistrate Judge entered a Report and Recommendation on March 4, 2014, recommending therein that the decision of the Commissioner be affirmed. No objections have been filed of record as of this date.

The undersigned has made an independent examination of the record in this case. The Report and Recommendation is hereby ADOPTED, and the administrative decision of the Commissioner is AFFIRMED.

IT IS SO ORDERED.

ENTERED this _20th_ day of _March_ 2014.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE